**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                                13896

**EXHIBIT 3**

**09/14/2021 - General Note: AM Iso Assessment**
**Provider: Megan Johansson LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI:   Sitting BP:** 99 / 65
**Temperature:** 100.2   **Temperature site:** Oral
**Pulse rate:** 80**Respirations:** 22  **Respiration Type:** Shallow
   **Pulse Ox%** 86  **Room Air:** No  **O2 LPM:** 4

**Note**
PT lying on back upon this nurse arriving to cell. No S/Sx distress noted. PT rose to sitting position then sat on bench in cell without assistance. PT noted to have shallow breathing without wheezing or abnormal breath sounds. O2 @ 79% on 3L via NC. Oxygen raised to 4L via NC. PT instructed to take deep, slow breaths. O2 maintained at 86% on 4L. No accessory muscles used to breathe. No c/o pain. PT able to hold conversation with complete sentences without disruption/distress. MD notified on O2 sats. ER visit/evaluation ordered.

**Electronically signed by Megan Johansson LPN on 09/14/2021 at 11:59 AM**







**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November  9, 2022*
*Page 1*
*General Note*

**TIMOTHY SCOTT SHORT**
Male   DOB: 09/24/1974                          13896

**09/14/2021 - General Note: Nurse : ER report**
**Provider: Dawn Moses LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**General Note**
**General Note Type:** Nurse
**Subject:** ER report
**Note:** Spoke with charge nurse, Dee Dee at SSM St Josephs St Charles ER. Notified of pt condition and estimated arrival time. Pt to be transported by officers with O2.

**Electronically signed by Dawn Moses LPN on 09/14/2021 at 11:42 AM**

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799] Fax: (636) 949-7586

*November 9, 2022*
Page 1
Emergency Room Referral

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                         13896

**09/14/2021 - Emergency Room Referral: Emergency room Referral**
**Provider: Dawn Moses LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Events**
**Referring Physician:** Dr andreoff
**Referred To:** ER Discussed with ER Staff
**Transport Type:** Custody/Sheriff
**Chief Complaint: (Reason for ER Run)** Covid + with decreased O2 sat

**Allergies, Medications and Problems**
**Allergies:**
* NKDA, * NKFA.
**Active Meds:**
CLOPIDOGREL BISULFATE 75 MG ORAL TABLET 1 tab by mouth daily; Route: ORAL, LISINOPRIL 10
MG ORAL TABLET 1 tab by mouth daily; Route: ORAL, METOPROLOL TARTRATE 25 MG ORAL
TABLET 1 tab by mouth twice daily; Route: ORAL, ACETAMINOPHEN 500 MG ORAL TABLET 2 tabs by
mouth twice daily; Route: ORAL.
**Problems:**
COVID-19 coronavirus infection (ICD-079.89) (ICD10-U07.1), Hx of cardiac stents (ICD-V45.82) (ICD10-
Z95.818), HTN (ICD-401.9) (ICD10-I10).
**Orders:**
COVID-19 coronavirus infection (ICD-079.89) (ICD10-U07.1), Hx of cardiac stents (ICD-V45.82) (ICD10-
Z95.818), HTN (ICD-401.9) (ICD10-I10).

**Physical Findings**
**Appearance:** Pt resting comfortably
**Temperature:** 100.2    **Temperature site:** Oral**Respirations:** 22**BP: 99/65**
P: **80  Pulse Ox%** 86
**Room Air** No
**O2 LPM** 4

**Reason for Referral**
Pt has Covid. and O2 sat decreasing despite O2 use.


**Electronically signed by Dawn Moses LPN on 09/14/2021 at 11:22 AM**

Confidential SCC 000367

**St. Charles County Jail**
301 North Second Street    Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
*Page 1*
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                          13896

**09/13/2021 - General Note: PM ISo assessment**
**Provider: Jami Hohl RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI:  Pulse Ox%** 99  **Room Air:** Yes

**Note**
pt was lying on floor in no distress SaO2 99% on 2 L. . Pt was not in any distress. But was shallow
breathing which appeared to be intentional. reported by nurse Nicole.

**Electronically signed by Jami Hohl RN on 09/14/2021 at 12:49 PM**

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]   Fax: (636) 949-7586

**TIMOTHY SCOTT SHORT**
Male   DOB: 09/24/1974                    13896

**09/13/2021 - General Note: AM Iso Assessment**
**Provider: Megan Johansson LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI:   Sitting BP:** 113 / 75
**Temperature:** 97.3   **Temperature site:** Temporal
**Pulse rate:** 92   **Pulse Ox%** 85   **Room Air:** Yes

**Note**
PT c/o SOB. PT educated to take long, deep, slow breaths. PT observed taking short, shallow breaths and refused to sit tall against wall in cell. PT O2 steadied between 84%-87%. Lungs clear in upper lobes, slightly diminished to bases. PT instructed to cough x2-no abnormal lung sounds heard. PT placed on 3L O2 with nasal cannula to which O2 came up to 92%. PT still refuses to take deep breaths. No S/Sx respiratory distress observed. PT carried conversation with full sentences without disruption to breathing. No other S/Sx noted/stated.

**Electronically signed by Megan Johansson LPN on 09/13/2021 at 2:27 PM**

---

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
*Page 1*
*Outside Records*

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                              13896

**09/13/2021 - Outside Records: ROI- BJC**
**Provider: Centricity Document Management**
**Location of Care: St. Charles County Jail**
**This document contains external references**

**ROI- BJC**

*Imported By: Jessica Tagg LPN 9/14/2021 10:09:29 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document

**Signed before import by Centricity Document Management**
**Filed automatically on 09/14/2021 at 10:09 AM**

---

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799] Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**09/12/2021 - General Note: PM Covid Assessment**
**Provider: Stacey Kent RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI: Temperature:** 96.8   **Temperature site:** Temporal   **Pulse Ox%** 92   **Room Air:** Yes

**Note**
C/O loss of sense of taste, SOB,dizzy, body aches

**Electronically signed by Stacey Kent RN on 09/12/2021 at 9:13 PM**

Confidential SCC 000371

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**09/12/2021 - General Note: Nurse : AM COVID ASSESSMENT**
**Provider: Michael Davis RN**
**Location of Care: St. Charles County Jail**

**Current Vital Signs**
**BMI: Temperature:** 97.1   **Temperature site:** Temporal
**Pulse rate:** 91**Respirations:** 18  **Respiration Type:** Unlabored
  **Pulse Ox%** 94  **Room Air:** Yes**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**General Note**
**General Note Type:** Nurse
**Subject:** AM COVID ASSESSMENT
**Note:** IM REPORTS OCCASSIONAL SOB. IM IS NON-DIAPHORETIC - CONVERSES WTIHOUT
DIFFICULTY. NO SS OF DISTRESS OBSERVED.

**Electronically signed by Michael Davis RN on 09/12/2021 at 10:32 AM**

Confidential SCC 000372

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]   Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                           13896

**09/11/2021 - General Note: PM Covid Assessment**
**Provider: Stacey Kent RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI: Temperature:** 96.8   **Temperature site:** Temporal   **Pulse Ox%** 95   **Room Air:** Yes

**Note**
C/O SOB, diarrhea, decreased sense of taste & smell, fatigue

**Electronically signed by Stacey Kent RN on 09/11/2021 at 8:57 PM**

**St. Charles County Jail**

301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**

Male  DOB: 09/24/1974                           13896

**09/11/2021 - General Note: Nurse Note Iso assess
Provider: Patricia Garrison-Metzger RN
Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI:   Sitting BP:** 115 / 77
**Temperature:** 97.1    **Temperature site:** Temporal   **Pulse Ox%** 93   **Room Air:** Yes

**Note**
No taste or smell, diarrhea, shortness of breath.

**Electronically signed by Patricia Garrison-Metzger RN on 09/11/2021 at 12:35 PM**

---

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**09/10/2021 - General Note: HS Isolation Assessment**
**Provider: Virginia Parker LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI: Temperature:** 97.3    **Temperature site:** Temporal  **Pulse Ox%** 90  **Room Air:** Yes

**Note**
Patient c/o loss of sense of taste and smell.  Denies any other Covid-19 related symptoms.

**Electronically signed by Virginia Parker LPN on 09/10/2021 at 10:42 PM**

Confidential SCC 000375

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
Chart Maintenance

## TIMOTHY SCOTT SHORT
Male DOB: 09/24/1974                    13896

**09/10/2021 - Chart Maintenance: Continued Home Verified Medications**
**Provider: George Andreoff MD**
**Location of Care: St. Charles County Jail**

### Encounter Context
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

### Clinical Lists Changes

**Medications:**
Added new medication of METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL
TARTRATE) 1 tab by mouth twice daily; Route: ORAL - Signed
Added new medication of LISINOPRIL 10 MG ORAL TABLET (LISINOPRIL) 1 tab by mouth daily; Route:
ORAL - Signed
Added new medication of CLOPIDOGREL BISULFATE 75 MG ORAL TABLET (CLOPIDOGREL
BISULFATE) 1 tab by mouth daily; Route: ORAL - Signed
Rx of METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) 1 tab by mouth
twice daily; Route: ORAL #0 x 0;  Signed;  Entered by: Jessica Tagg LPN;  Authorized by: George
Andreoff MD;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of LISINOPRIL 10 MG ORAL TABLET (LISINOPRIL) 1 tab by mouth daily; Route: ORAL #0 x 0;
Signed;  Entered by: Jessica Tagg LPN;  Authorized by: George Andreoff MD;  Method used: Handwritten;
Note to Pharmacy: Route: ORAL;
Rx of CLOPIDOGREL BISULFATE 75 MG ORAL TABLET (CLOPIDOGREL BISULFATE) 1 tab by mouth
daily; Route: ORAL #0 x 0;  Signed;  Entered by: Jessica Tagg LPN;  Authorized by: George Andreoff MD;
Method used: Handwritten; Note to Pharmacy: Route: ORAL;

**Electronically signed by Jessica Tagg LPN on 09/10/2021 at 3:38 PM**
**Electronically signed by George Andreoff MD on 09/28/2021 at 12:18 PM**

Confidential SCC 000376

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]   Fax: (636) 949-7586

*November 9, 2022*
Page 1
General Note

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**09/10/2021 - General Note: Isolation assessment**
**Provider: Dawn Moses LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI:   Standing BP:** 153 / 92
**Temperature:** 97.1    **Temperature site:** Temporal
**Pulse rate:** 108**Respirations:** 18   **Pulse Ox%** 94   **Room Air:** Yes

**Note**
Pt c/o loose stools, no taste or smell and body aches.

**Electronically signed by Dawn Moses LPN on 09/10/2021 at 3:06 PM**

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
Chart Maintenance

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                                          13896

**09/10/2021 - Chart Maintenance: Covid positive**
**Provider: Dawn Moses LPN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

## Clinical Lists Changes

**Problems:**
Added new problem of COVID-19 coronavirus infection (ICD-079.89) (ICD10-U07.1)


**Electronically signed by Dawn Moses LPN on 09/10/2021 at 2:48 PM**

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
Chart Maintenance

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                           13896

**09/09/2021 - Chart Maintenance: TO Dr George**
**Provider: Jami Hohl RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

## Clinical Lists Changes

**Medications:**
Added new medication of ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 2 tabs by
mouth twice daily; Route: ORAL - Signed
Rx of ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 2 tabs by mouth twice daily;
Route: ORAL #0 x 0; Signed; Entered by: Jami Hohl RN; Authorized by: George Andreoff MD; Method
used: Handwritten; Note to Pharmacy: Route: ORAL;profile
**Observations:**
Added new observation of NKMED: F (09/09/2021 23:31)

**Electronically signed by Jami Hohl RN on 09/09/2021 at 11:38 PM**
**Electronically signed by George Andreoff MD on 09/28/2021 at 12:17 PM**

Confidential SCC 000380

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
*Page 1*
*General Note*

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**09/09/2021 - General Note: PM ISO Assessment**
**Provider: Jami Hohl RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Current Vital Signs**
**BMI:   Sitting BP:** 126 / 83
**Temperature:** 98.3   **Temperature site:** Oral
**Pulse rate:** 93   **Pulse rhythm:** Regular
**Respirations:** 16 **Respiration Type:** Unlabored
  **Pulse Ox%** 95  **Room Air:** Yes

**Note**
Pt co of body aches. Tylenol ordered.


**Electronically signed by Jami Hohl RN on 09/09/2021 at 11:31 PM**

**St. Charles County Jail**

301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
Chart Maintenance

**TIMOTHY SCOTT SHORT**

Male  DOB: 09/24/1974                    13896

**09/09/2021 - Chart Maintenance**
**Provider: Michael Davis RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Doctor Review (DRRE) - Signed


**Orders:**
Added new Test order of Doctor Review (DRRE) - Signed


**Electronically signed by Michael Davis RN on 09/09/2021 at 5:05 PM**

Confidential SCC 000382

**St. Charles County Jail**
301 North Second Street  Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
Nurse Intake

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**09/09/2021 - Nurse Intake: Nursing Intake**
**Provider: Michael Davis RN**
**Location of Care: St. Charles County Jail**

**Encounter Context**
**Facility at time of evaluation:** St. Charles County Jail
**Age at Time:** 46 Years Old

**Nurse Intake Screening**
**Does the inmate agree to medical screening?** Agreed

**Is the Inmate a Veteran?:** No
**Communication**
**Language Spoken:** English

**Arresting Injuries**
**Did you sustain arresting Injuries?:** Denies

**Recent International Travel**
**Have you traveled outside of the United States in the last 30 days?** No
**Have you been in contact with anyone that has traveled outside of the US within the last 30 days?**
No

**Physical Limitations**
**Does inmate have any medical limitations or disabilities?** Denies

**Physical Markings**
**Inmate has tattoos, piercings or other physical markings?:** Yes
    **Elaboration (include Location, Description & Date):** tattoos

**Allergies**
**Does inmate have any allergies?** Yes
**Allergies:**
* NKDA, * NKFA.

**Medications**

**Are you currently taking or should be taking any type of prescription medications?** Yes

**Medication Verification (Meds in the Community)**
*Medications as reported by inmate during admission to facility. If inmate does not know the name(s) of the medication, write the type in the indication column, and complete the form after the med is verified. E.g. Blood Pressure Pill.*

**Medication #1**

**St. Charles County Jail**
301 North Second Street  Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 2
Nurse Intake

**TIMOTHY SCOTT SHORT**

Male  DOB: 09/24/1974                    13896

**Medication Verified:** Yes (Inactive Medication)

**Pharmacy/Source:** Walgreen's - Caulks Hill Rd - St. Peters, MO
   **Person Spoken To:** Juanna
   **Phone:** 636-922-1320

**Medication/Description:** Metoprolol Tartrate    **Dose:** 25mg  - **Route:** PO  - **Frequency:** BID -
**Last Filled:** 3/25/2021
**Qty Dispensed:** 180
**Medication Verified:** Yes (Inactive Medication)

## Medication #2

**Medication Verified:** Yes (Inactive Medication)

**Medication/Description:** Lisinopril    **Dose:** 10mg  - **Route:** po  - **Frequency:** QD -    **Last Filled:**
4/5/2021
**Qty Dispensed:** 90
**Medication Verified:** Yes (Inactive Medication)

## Medication #3

**Medication Verified:** Yes (Active Medication)

**Medication/Description:** Clopidogrel    **Dose:** 75mg  - **Route:** po  - **Frequency:** QD -    **Last Filled:**
7/5/2021
**Qty Dispensed:** 90
**Medication Verified:** Yes (Active Medication)

## Medication #4

**Medication Verified:** Yes (Inactive Medication)

**Medication/Description:** Rosuvastatin    **Dose:** 20mg  - **Route:** po  - **Frequency:** QD -    **Last
Filled:** 4/5/21
**Qty Dispensed:** 90
**Medication Verified:** Yes (Inactive Medication)

**Current Vital Signs**
**BMI:  Sitting BP:** 96 / 67
**Temperature:** 99.2    **Temperature site:** Oral
**Pulse rate:** 74**Respirations:** 18  **Respiration Type:** Unlabored
   **Pulse Ox%** 97  **Room Air:** Yes

Confidential SCC 000384

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 3
Nurse Intake

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**Educational History**
**Highest Level of Education Completed:** College
**Currently a student?:** No
**Any special education in school?:** No
**Read English adequately?** Yes
**Write English adequately?** Yes

**Family History**
**Who were you living with prior to your arrest?:** wife

**Relationship History**
**Current relationship status:** Married (First Marriage)
**Do you have any children?:** Yes
  **# of Children:** 6
**Notes:** Age ranges 17-28

**Occupational History**
**Current employment status:** Employed
  **Specify:** MO Property Group
**Notes: (Include past job title, employer, dates of employment):** Property Maintainence - 14 years

Inmate Reported Conditions and History

**General Information**
**Comments:** IM reports tested positive for covid19 yesterday at CVS Pharmacy -Woodstone Dr - St. Peters, MO  ROI signed and faxed. "Jennifer" telephoned and spoke to Medical Supervisor #946. Stated that the test was performed there yesterday, but samples are sent to Quest Diagnostics - CVS does not have a record of test results. I telephone Jennifer at CVS for the specific Quest location - was told "I believe it is the Maryland Hts, MO location." Telephoned Quest Maryland Hts location at 866-697-8378. Was told that Quest just did recv the (PCR) sample and had yet to perform the test. Will fax a Quest ROI Form to us. IM denies any other medical issues. Denies SI/HI or MH issues. Denies detox or dental issues. Gait is steady. Speech is clear. No SS of injury or distress.

**Current Observations**
Appropriate
tattoos

**Inmate Reported Problems and History**

**Medical History & Problems**
**Hypertension:**Pt. Reported **Previously had chickenpox?:** Yes
  **Was it within the last 30 days?** No
**Fainted or Head Injury in Past 6 Months:** No
**Reports Medical Problem (e.g. Bleeding or Injuries) that require immediate medical attention:** No

**Dental History & Problems**
  **Oral hygiene status?:** Good

**St. Charles County Jail**

301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 4
Nurse Intake

**TIMOTHY SCOTT SHORT**

Male  DOB: 09/24/1974                    13896

### Surgical History & Problems

**Surgery:** tore both acl - "years ago."

**Other**: Reports cardio related stents - SSM St. Joseph-St. Charles, MO - "two years ago" ROI signed and faxed

### Review of Systems

GENERAL SYSTEM: Denies Any Sx Related to System.
EYES: Denies Any Sx Related to System.
E/N/T: Denies Any Sx Related to System.
CARDIAC: Denies Any Sx Related to System.
PULMONARY: Denies Any Sx Related to System.
GASTROINTESTINAL: Denies Any Sx Related to System.
MUSCULOSKELETAL: Denies Any Sx Related to System.
SKIN: Complains of Tattoos. none within the last 30 days
NEUROLOGIC: Denies Any Sx Related to System.
PSYCHIATRIC: Denies Any Sx Related to System.

**Dental:    Oral hygiene status?**  Good
  **Large asymmetrical facial swelling?**  No
  **Inability to close teeth evenly?**  No
  **Suspicious oral lesions (raised borders)?**  No
  **Oral hemorrhage?**  No
  **Large cavities?**  No
  **Patient informed on how to access dental care?**  Yes

### Pain Assessment

**Are you currently experiencing any pain?**  Yes

**Location #1**

**Location of pain:** body aches
  **Describe character of pain:** achy
**Duration of pain:** Constant
  **What relieves pain or makes it worse?** IM has been taking tylenol for body aches - thinks he may have covid.
  **Level of Pain:**10    Worst Pain Possible

### PREA Screening

**Is this the first time the inmate has been in a jail or prison?**  No
**Adult Males: Less than 5'6 and/or less than 140 lbs. (Small build)?**  No
**Physical Build:** Large Build
**Do you have a physical disability?**  No

**Do you have a mental disability?**  No

**Do you have a developmental disability? While you were in school, did anyone ever say that you were a very slow learner? Did you ever go to a special education class when you were in school? :**  No

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]   Fax: (636) 949-7586

*November 9, 2022*
Page 5
Nurse Intake

**TIMOTHY SCOTT SHORT**
Male   DOB: 09/24/1974                            13896

**What sex does the inmate appear to be?**   Male
**How do you identify yourself?**   Male
**Sexual Orientation** Straight/Heterosexual
**Have you ever been the victim of a sexual assault or sexual abuse in the community?**   No

**Have you ever been the victim of a sexual assault or sexual abuse in a correctional facility?**   No

**Have you ever sexually abused someone or been convicted of a sex offense?:**   No
**Do you feel at risk for being sexually abused in this facility?:**   No

*Comments*

**Suicide Screening**
Arresting or transporting officer believes subject may be suicide risk. No
Lacks close family/friends in community. No
Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member. No
Worried about major problems other than legal situation (terminal illness) No
Family member or significant other has attempted or commited suicide (spouse, parent, sibling, close friend and lover) No
Has psychiatric history (psychotropic medication or treatment). No
Holds position of respect in community (i.e. professional, public official) and/or alleged crim is shocking in nature. Expresses feelings of embarrasement/shame. No
Expresses thought about killing self. No
Has a suicide plan and/or suicide instrument in possession. No
Has previous suicide attempts. No
Expressess feeling there is nothing to look forward to in the future (feelings of helplessness and hopelessness). No
Shows signs of depression (crying, emotional flatness). No
Appears overly anxious, afraid or angry: No
Appears to feel unusually embarrased or ashamed: No
Is acting and/or talking in a strange manner. (Cannot focus attention; hearing or seeing things not there): No
History of Substance Abuse treatment?: No
Is apparently under the influence of alcohol or drugs: No
Is individual incoherent or showing signs of withdrawal or mental illness?: No

**Substance Use History**
Tobacco Use? No
Alcohol Use? Yes
Marijuana/Hash Use? No
Opioid Use? No
Benzo Use? No
Stimulants? No
Hallucinogen Use? No
Inhalant Use? No

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]   Fax: (636) 949-7586

*November 9, 2022*
Page 6
Nurse Intake

**TIMOTHY SCOTT SHORT**

Male   DOB: 09/24/1974                        13896

**Other Substance Use?** No
**Are there any reported past or present detoxification issues?:** No
**Inpatient Substance Use Treatment?:** No
**Outpatient Substance Use Treatment?:** No

### Substance Use - Alcohol

**Wine**
**Used within the past 30 days?:** Yes
    **# of Days Used In Previous 30 Days:** 0-5 Days
**Duration:** age 25
**Date of Last Use:** 05/22/2021
**Frequency:** "rarely"   **Amount:** "a glass of wine"
**Route of Admin:** Oral
**Comment(s):** "last time was on my aniversary May 22."

**Have you ever had Syphilis?** No
**Have you ever had Gonorrhea?** No
**Have you ever had Chlamydia?** No
**Do you have an HIV Infection?** No
**Do you have AIDS?** No
**Have you ever had Hepatitis A?** No
**Have you ever had Hepatitis B?** No
**Have you ever had Hepatitis C?** No
**Do you have Herpes?** No

### TB Screening
**Place of Birth:** Kansas City, MO
**History of Positive PPD in the past?** No
**Previously Exposed to TB?:** No
**History of Positive PPD in the past?** No
**Have you had the BCG Vaccine?:** No

### TB Symptoms
**Do you have a new onset cough greater than 3 weeks?:** No
Inmate Denies any TB Symptoms
**Physician Notified?:** No

### TB History
**History of active TB in the past?** No
**Was a TST Administered?:** No
**Reason/Other Screening:** Other
    **Other:** deferred

### Provider Initial Priority Level
**Reason Priority Level Selected:** Routine PE. PPD deferred to PE.

Confidential SCC 000388

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 7
Nurse Intake

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                    13896

**Nurse Intake Plan**
**Instructed patient how to access medical and mental health services:** Yes
**Did you notify the practioner of any significant clinical systoms from your screening?** Not Applicable
**Did the practioner give any orders?** No
**Disposition:** Isolation
**Comments:** IM c/o No taste or smell, body aches. - reports got tested for Covid yesterday (see "Conditions & History") - Placed on Respiratory Isolation pending testing/test results. See Health Screening containing COVID-19 questions.

**Orders Placed:**
Added new Test order of Provider Health & Physical (Routine) (PHPR) - Signed
Added new Test order of TB/TST Test (TBTST) - Signed
Added new Test order of Blood Pressure Checks (BPCHK) - Signed
Added new Test order of BP Review (BPRE) - Signed
Added new Test order of Housing - Respiratory Isolation (HResp) - Signed
Added new Test order of Meds given in Medical AM (AMMEDS) - Signed
Added new Test order of Meds given in Medical HS (HSMEDS) - Signed
]

**Electronically signed by Michael Davis RN on 09/09/2021 at 5:04 PM**

Confidential SCC 000389

**St. Charles County Jail**

301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November 9, 2022*
Page 1
Scanned Document Other

**TIMOTHY SCOTT SHORT**

Male  DOB: 09/24/1974                       13896

**09/09/2021 - Scanned Document Other: ROI to CVS Pharmacy on Woodstone, St Peters MO**
**Provider: Centricity Document Management**
**Location of Care: St. Charles County Jail**
**This document contains external references**

**ROI to CVS Pharmacy on Woodstone, St Peters MO**

*Imported By: Virginia Parker LPN 9/9/2021 11:52:20 PM*

---

External Attachment:

Type:     Image
Comment:  External Document

**Signed before import by Centricity Document Management**
**Filed automatically on 09/09/2021 at 11:52 PM**

---

**St. Charles County Jail**
301 North Second Street   Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]   Fax: (636) 949-7586

*November 9, 2022*
Page 1
Outside Records

**TIMOTHY SCOTT SHORT**
Male   DOB: 09/24/1974                    13896

**09/09/2021 - Outside Records: ROI: CVS (COVID Results)**
**Provider: Centricity Document Management**
**Location of Care: St. Charles County Jail**
**This document contains external references**

**ROI: CVS (COVID Results)**

*Imported By: Megan Johansson LPN 9/9/2021 1:30:58 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

**Signed before import by Centricity Document Management**
**Filed automatically on 09/09/2021 at 1:31 PM**

---

**ST. CHARLES COUNTY GOVERNMENT**
**HEALTH SCREENING**

NAME: Timothy Scott Short Sr.      DATE/TIME: 9/9/2021 1135
9-24-75

*"Nothing you say related to COVID will change whether or not you stay here, we are trying to determine the best way to care for you while you are here."*

## Cough

1. Do you have a **new** cough?        ☐ Yes    ☑ No

2. Do you have a cough that you have had for more than a month? If yes, is the cough worse in frequency, severity, intensity or in any other way?        ☐ Yes    ☑ No

## Fever

1. Current Temperature 99.2°  (Oral temp greater than 100.4 call Medical Supervisor)

## Shortness of Breath / Difficulty Breathing

1. Do you feel short of breath or have difficulty breathing in a way that is abnormal for you?        ☐ Yes    ☑ No

2. Oxygen Concentration on room air 97%

## Vaccination History

1. Have you received one of the COVID 19 Vaccines?   YES / (NO)

2. If YES, Which one and how long ago?   JANSSEN / MODERNA / PFIZER
   When? _____

3. If NO, are you interested in receiving the COVID vaccine?        YES / (NO)

*If the answer is "yes" to any of the above questions about symptoms or fever above 100.4 orally in Fahrenheit, acceptance into custody of SCCDOC will be delayed until the Medical Supervisor is notified. Do **NOT** automatically send the detainee out for a Fit for Confinement. Document answers to "Follow up" questions on this form.*

9/6/67
97%
74 BPM
99.2°
16 R

**St. Charles County Hotline at (636) 949-1899**
Circle one below:

(CLEARED)    MD

FOLLOW-UP REQUIRED

Nurse performing screening: M Davis RN 948

636-922-1320

Heart, Stents, HTN  WAlgreens Caulk's Hill location
SSM St. Joseph - St. Chas. 2yrs Ago,  — Reports CVS —
Ø mH — Ø dental  Ø defib X  Ø SI   →  WOODSTONE
                                        ST. Peters MO

Confidential SCC 00042  ROI sign/Fax  9/6 Aware  Test positive  636

Fusion dMAR

ᴛ ᴜᴕᴜ ᴦ ᴃ ᴄ

## Patient MAR

**SHORT, TIMOTHY SCOTT - INACTIVE**
Gender: Male External ID: 2003065289 MRN: 2021003930 DOB: 05/24/1974 Location: OO/ OO/ OO/ OO/
Medpass Location: No Matching Location

ACETAMINOPHEN 500 MG ORAL TABLET 5%/08/2021 - 09/14/2021 (DOT)
Instructions: 2 tabs by mouth twice daily

| September 2021 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | | | | | | | | | | | A | A | A | | | | | | | | | | | | | | | | | | |
| 2100 | | | | | | | | | | A | A | A | | | | | | | | | | | | | | | | | | | |

CLOPIDOGREL BISULFATE 75 MG ORAL TABLET (09/10/2021 - 09/10/2022) (DOT)
Instructions: 1 tab by mouth daily

| September 2021 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | | | | | | | | | | | N | A | A | A | | | | | | | | | | | | | | | | | |

LISINOPRIL 10 MG ORAL TABLET (09/10/2021 - 09/10/2022) (DOT)
Instructions: 1 tab by mouth daily

| September 2021 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | A | A | A | A | | | | | | | | | | | | | | | | | |

METOPROLOL TARTRATE 25 MG ORAL TABLET (09/10/2021 - 09/10/2022) (DOT)
Instructions: 1 tab by mouth twice daily

| September 2021 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | | | | | | | | | | | A | A | A | A | | | | | | | | | | | | | | | | | |
| 2100 | | | | | | | | | | | A | A | A | | | | | | | | | | | | | | | | | | |

KEY: A = Administered | N = Not Administered | C = Cancelled | (Blank) = Pending

**Patient KOP Medication Administrations**
No KOP medications found for the selected month and year.

**Patient PRN Medication Administrations**
No PRN medications found for the selected month and year.

Fusion dMAR

Confidential SCC 000420

┌ ꓫꓫꓵꓲ / ꓚꓰꓲ꓿ꓲꓴꓤ

**ACETAMINOPHEN 500 MG ORAL TABLET [(04/09/2021 - 09/14/2021) (DOT)**
Instructions: 2 tabs by mouth twice daily

September 2021

| Type | Status | Documented | Documented By | Due At (DOT) |
|---|---|---|---|---|
| DOT | Pending | | | 09/08/2021 @ 1000 |
| DOT | Pending | | | 09/09/2021 @ 2100 |
| DOT | Pending | | | 09/11/2021 @ 1000 |
| DOT | Administered | 09/10/2021 @ 2241 | Parker, Virginia | 09/10/2021 @ 2100 |
| DOT | Administered | 09/11/2021 @ 1221 | Cambers Metzger, Patricia | 09/11/2021 @ 1000 |
| DOT | Administered | 09/11/4223 @ 2211 | Kent, Stacey | 09/11/2021 @ 2100 |
| DOT | Administered | 09/12/2021 @ 1019 | David, Michael | 09/12/2021 @ 1000 |
| DOT | Administered | 09/12/2021 @ 2101 | Kent, Stacey | 09/12/2021 @ 2100 |
| DOT | Administered | 09/13/2021 @ 1422 | Johnsson, Megan | 09/13/2021 @ 1030 |
| DOT | Pending | | | 09/13/2021 @ 2100 |

**CLOPIDOGREL BISULFATE 75 MG ORAL TABLET [(09/10/2021 - 04/10/2022) (DOT)**
Instructions: 1 tab by mouth daily

September 2021

| Type | Status | Documented | Documented By | Due At (DOT) |
|---|---|---|---|---|
| DOT | Pending | | | 09/10/2021 @ 1000 |
| DOT | Not Administered | 09/11/2021 @ 1222 | Cambers-Metzger, Patricia | 09/11/2021 @ 1000 |
| | • Comment: not here-have pharm | | | |
| | • Reason Not Administered: Other | | | |
| DOT | Administered | 09/12/2021 @ 1829 | David, Michael | 09/12/2021 @ 1000 |
| DOT | Administered | 09/13/2021 @ 1422 | Johnsson, Megan | 09/13/2021 @ 1000 |
| DOT | Administered | 09/14/2021 @ 1153 | Johansson, Megan | 09/14/2021 @ 1000 |
| DOT | Pending | | | 09/15/2021 @ 1000 |
| DOT | Pending | | | 09/16/2021 @ 1000 |
| DOT | Pending | | | 09/17/2021 @ 1000 |
| DOT | Pending | | | 09/18/2021 @ 1000 |
| DOT | Cancelled | | | 09/19/2021 @ 1000 |
| DOT | Cancelled | | | 09/20/2021 @ 1000 |
| DOT | Cancelled | | | 09/21/2021 @ 1000 |
| DOT | Cancelled | | | 09/22/2021 @ 1000 |
| DOT | Cancelled | | | 09/23/2021 @ 1000 |
| DOT | Cancelled | | | 09/24/2021 @ 1000 |
| DOT | Cancelled | | | 09/25/2021 @ 1000 |
| DOT | Cancelled | | | 09/26/2021 @ 1000 |
| DOT | Cancelled | | | 09/27/2021 @ 1000 |
| DOT | Cancelled | | | 09/28/2021 @ 1000 |
| DOT | Cancelled | | | 09/29/2021 @ 1000 |
| DOT | Cancelled | | | 09/30/2021 @ 1000 |

**LISINOPRIL 10 MG ORAL TABLET [(09/10/2021 - 09/30/2022) (DOT)**
Instructions: 1 tab by mouth daily

September 2021

| Type | Status | Documented | Documented By | Due At (DOT) |
|---|---|---|---|---|
| DOI | Pending | | | 09/10/2021 @ 1000 |
| DOT | Administered | 09/11/2021 @ 1231 | Garrison-Metzger, Patrida | 09/11/2021 @ 1000 |
| DOT | Administered | 09/12/2021 @ 1013 | David, Michael | 09/12/2021 @ 1000 |
| DOT | Administered | 09/13/2021 @ 1422 | Johansson, Megan | 09/13/2021 @ 1000 |
| DOT | Administered | 09/14/2021 @ 1153 | Johansson, Megan | 09/14/2021 @ 1000 |
| DOT | Pending | | | 09/15/2021 @ 1000 |
| DOT | Pending | | | 09/16/2021 @ 1000 |
| DOT | Pending | | | 09/17/2021 @ 1000 |
| DOT | Pending | | | 09/18/2021 @ 1000 |

Fusion eMAR

| Type | Status | | | Due At (DOT) |
|------|--------|--|--|--------------|
| DOT | Cancelled | | | 09/19/2021 @ 1000 |
| DOT | Cancelled | | | 09/20/2021 @ 1000 |
| DOT | Cancelled | | | 09/21/2021 @ 1000 |
| DOT | Cancelled | | | 09/22/2021 @ 1000 |
| DOT | Cancelled | | | 09/23/2021 @ 1000 |
| DOT | Cancelled | | | 09/24/2021 @ 1000 |
| DOT | Cancelled | | | 09/25/2021 @ 1000 |
| DOT | Cancelled | | | 09/26/2021 @ 1000 |
| DOT | Cancelled | | | 09/27/2021 @ 1000 |
| DOT | Cancelled | | | 09/28/2021 @ 1000 |
| DOT | Cancelled | | | 09/29/2021 @ 1000 |
| DOT | Cancelled | | | 09/30/2021 @ 1000 |

**METOPROLOL TARTRATE 25 MG ORAL TABLET (09/10/2021 - 09/10/2022) (DOT)**
Instructions: 1 tab by mouth twice daily

September 2021

| Type | Status | Documented | Documented By | Due At (DOT) |
|------|--------|------------|---------------|--------------|
| DOT | Pending | | | 09/10/2021 @ 1000 |
| DOT | Administered | 09/10/2021 @ 2241 | Parker, Virginia | 09/10/2021 @ 2100 |
| DOT | Administered | 09/11/2021 @ 1234 | Gavilson-Metzger, Patricia | 09/11/2021 @ 1000 |
| DOT | Administered | 09/11/2021 @ 2211 | Kent, Stacey | 09/11/2021 @ 2100 |
| DOT | Administered | 09/12/2021 @ 1029 | Davis, Michael | 09/12/2021 @ 1000 |
| DOT | Administered | 09/12/2021 @ 2162 | Kent, Stacey | 09/12/2021 @ 2100 |
| DOT | Administered | 09/13/2021 @ 1422 | Johansson, Megan | 09/13/2021 @ 1000 |
| DOT | Pending | | | 09/13/2021 @ 2100 |
| DOT | Administered | 09/14/2021 @ 1153 | Johansson, Megan | 09/14/2021 @ 1000 |
| DOT | Pending | | | 09/14/2021 @ 2100 |
| DOT | Pending | | | 09/15/2021 @ 1000 |
| DOT | Pending | | | 09/15/2021 @ 2100 |
| DOT | Pending | | | 09/16/2021 @ 1000 |
| DOT | Pending | | | 09/16/2021 @ 2100 |
| DOT | Pending | | | 09/17/2021 @ 1000 |
| DOT | Pending | | | 09/17/2021 @ 2100 |
| DOT | Pending | | | 09/18/2021 @ 1000 |
| DOT | Cancelled | | | 09/18/2021 @ 2100 |
| DOT | Cancelled | | | 09/19/2021 @ 1000 |
| DOT | Cancelled | | | 09/19/2021 @ 2100 |
| DOT | Cancelled | | | 09/20/2021 @ 1000 |
| DOT | Cancelled | | | 09/20/2021 @ 2100 |
| DOT | Cancelled | | | 09/21/2021 @ 1000 |
| DOT | Cancelled | | | 09/21/2021 @ 2100 |
| DOT | Cancelled | | | 09/22/2021 @ 1000 |
| DOT | Cancelled | | | 09/22/2021 @ 2100 |
| DOT | Cancelled | | | 09/23/2021 @ 1000 |
| DOT | Cancelled | | | 09/23/2021 @ 2100 |
| DOT | Cancelled | | | 09/24/2021 @ 1000 |
| DOT | Cancelled | | | 09/24/2021 @ 2100 |
| DOT | Cancelled | | | 09/25/2021 @ 1000 |
| DOT | Cancelled | | | 09/25/2021 @ 2100 |
| DOT | Cancelled | | | 09/26/2021 @ 1000 |
| DOT | Cancelled | | | 09/26/2021 @ 2100 |
| DOT | Cancelled | | | 09/27/2021 @ 1000 |
| DOT | Cancelled | | | 09/27/2021 @ 2100 |
| DOT | Cancelled | | | 09/28/2021 @ 1000 |
| DOT | Cancelled | | | 09/28/2021 @ 2100 |

Fusion eMAR

| DOT | Cancelled | | | 09/29/2021 @ 1000 |

Confidential SCC 000422

| | | |
|---|---|---|
| DOT | Cancelled | 03/25/2021 @ 2100 |
| DOT | Cancelled | 09/30/2021 @ 1000 |
| DOT | Cancelled | 09/24/2021 @ 2100 |

## Inmate Intake Question / Responses

*SHORT, TIMOTHY SCOTT*
Jacket / Perm #: 2002063289
Booking #: 2021003930

No  –  ARE YOU SUICIDAL?
Yes  –  DO YOU HAVE ANY MEDICAL ISSUES WE NEED TO BE AWARE OF?
    *HEART STINTS, HIGH BLOOD PRESSURE*

Inmate Signature

ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
*BluHorse Inmate Management System*      Confidential SCC 000424      Printed on 11/9/2022 @ 11:03

**St. Charles County Jail**
301 North Second Street  Saint Charles, MO 63301
Phone: (636) 949-3003 [4799]  Fax: (636) 949-7586

*November  5, 2021*
*Page 1*
*Test Results*

**TIMOTHY SCOTT SHORT**
Male  DOB: 09/24/1974                              13896

**09/10/2021 - Test Results: Cov RNA Positive**
**Provider: Centricity Document Management**
**Location of Care: St. Charles County Jail**
**This document contains external references**

**Cov RNA Positive**

*Imported By: Patricia Garrison-Metzger RN 9/11/2021 6:36:40 PM*

---

External Attachment:

Type:      Image
Comment:   External Document

**Signed before import by Centricity Document Management**
**Filed automatically on 09/11/2021 at 6:37 PM**

---

 **Quest**
Diagnostics®



**Report Status: Final - Courtesy Cop~**
SHORT, TIMOTHY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SHORT, TIMOTHY**<br><br>**DOB: 09/24/1975   AGE: 45**<br>Gender:   M<br>Phone:   314.766.1188<br>Patient ID: E55615924 | Specimen:   KS762546H<br>Requisition: 1255957<br>Lab Ref #:   576598952<br><br>Collected:   09/08/2021 / 11:29 CDT<br>Received:   09/09/2021 / 05:31 CDT<br>Faxed:   09/10/2021 / 12:23 CDT | Client #: 73921322   MAIL992<br>WILKS, MADELINE<br>CVS 6282<br>1749 WOODSTONE DR<br>SAINT PETERS, MO 63376-7404 |

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | KS |
| **SARS CoV 2 RNA** | **DETECTED** | NOT DETECTED | |

A Detected result indicates that the patient's specimen was positive for SARS-CoV-2 RNA.

Test Method: Nucleic Acid Amplification Test including reverse transcription polymerase chain reaction (RT-PCR and transcription mediated amplification (TMA). The test method meets the US Centers for Disease Control and prevention (CDC) pre departure and arrival require~er; for viral test for COVID-19 dated January 28, 2021. Testing requirements for traveling may change with time. The patient is responsible for determining the test requirements for each nation while they are traveling.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/ fact-sheet2

Due to the current public health emergency, Quest Diagnostics is accepting samples from appropriate clinical sources collected using wide variety of swabs and transport media for COVID-19. Not detected test results derived from specimens received in non- commercially manufactured viral collection kits or those not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and take extra precautions such as such as additional clinical monitoring, including collection of an additional specimen.

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**
KS   QUEST DIAGNOSTICS LENEXA, 10101 RENNER BLVD, LENEXA, KS 66219-9752 Laboratory Director: WILLIAM BECKER DO,MPH, CLIA: 17D0648226

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.
Confidential SCC 000454