He was seen by Nicole approximately 2130. She reported that his Sao2 was 99% on 2L She did not give me a temp and I did not chart until the next day.

**From:** Cox, Jandi <jcox@sccmo.org>
**Sent:** Tuesday, September 14, 2021 11:32 AM
**To:** Hohl, Jami <JHohl@sccmo.org>
**Cc:** Wilkes, Kenny <KWilkes@sccmo.org>
**Subject:** covid assessment

Jami,

There is no COVID assessment in Timothy Short's HER. He is the patient I called you on Monday evening about being placed on oxygen. He is claiming no one came to see him that evening. He is being sent out to the ER today for O2 at 85% on 4L and having a fever. Please explain why he wasn't seen.

Thank you,

*Jandi Cox RN, BSN*
Asst. Health Services Coordinator
St. Charles County Department of Corrections
301 North Second Street
St. Charles, MO 63301
Phone: 636-949-3003, x 4523
Fax: 636-949-7586
jcox@sccmo.org

*Thank you for doing your part to help us limit the spread of COVID-19. For your safety and convenience, many County services are offered online. If you need to speak with someone in the St. Charles County Department of Corrections, please call the main number -636.949.3003 or visit us online at sccmo.org. For any other departments please call 636-949-7500.*

*If you have a fever, cough or difficulty breathing, please call the Public Health hotline at 636-949-1899.*

CONFIDENTIALITY NOTICE: The information contained in this email is confidential and intended only for the use of the individual(s) or entity(s) named above. If you are not the intended recipients(s), you are hereby notified that any dissemination, distribution, or copying of this communication is unlawful and strictly prohibited. If you have received this in error, please notify the sender immediately and delete this message and any attachments.