**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| I'ESHA SHELTON SHORT, spouse of Timothy Short, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:22-cv-01117-ZMB |
| v. | ) | |
| | ) | |
| ST. CHARLES COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Jami Forstner appeals to the United States Court of Appeals for the Eighth Circuit from the Order entered on July 9, 2026 denying Defendant Forstner's motion for summary judgment based on qualified immunity [Doc. 169].

Respectfully submitted,

OFFICE OF THE
ST. CHARLES COUNTY COUNSELOR

/s/ Ron Dreisilker
Ron Dreisilker, E.D. #64825MO
Associate County Counselor
100 North Third Street, Suite 216
St. Charles, Missouri 63301
Telephone:    636/949-7540
Facsimile:    636/949-7541
Email: rdreisilker@sccmo.org

*Attorney for Defendant Jami Forstner*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Ron Dreisilker
July 16, 2026

1