US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

Short v. St. Charles County et al

**USCA#:**

**Case Number:**

4:22-CV-01117-ZMB

**Plaintiff:**

I'ESHA SHELTON SHORT

**Defendant:**

ST. CHARLES COUNTY, et al.

**Attorney:**

Bradford B. Lear (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-875-1991   Fax:  573-875-1985
Email:  lear@learwerts.com

Todd C. Werts (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-875-1991   Fax:  573-279-0024
Email:  werts@learwerts.com

Sander C. Sowers (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-875-1991   Fax:  573-875-1985
Email:  sowers@learwerts.com

**Attorney:**

Ron William Dreisilker (for dft)
100 N. Third Street
Suite 216
St. Charles, MO  63301
Ph:  636-949-7540   Fax:
Email:  rdreisilker@sccmo.org

**Court Reporter(s):**

N/A

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Jamekia Latham at 314.244.7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No      Where:

**Please list all other defendants in this case if there were multiple defendants:**