IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| I'ESHA SHELTON SHORT, spouse of Timothy Short, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:22-cv-01117-ZMB |
| ST. CHARLES COUNTY, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT COOK'S NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Nicole Cook, pursuant to Fed. R. App. P. 3, takes an interlocutory appeal to the United States Court of Appeals for the Eighth Circuit from all adverse orders entered in this action, specifically including the portions of the Memorandum and Order entered July 9, 2026, (Doc. No. 169).

Date: July 17, 2026.

Respectfully Submitted:

**SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.**
By: */s/ J. Wesley Smith*
Lawrence J. Logback, MO #46552
J. Wesley Smith, MO #69912
10851 Mastin Street, Suite 1000
Overland Park, KS 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
Email: llogback@slln.com
wsmith@slln.com
**ATTORNEYS FOR DEFENDANT NICOLE COOK**

1

## **CERTIFICATE OF SERVICE**

I certify that on the 17th day of July, 2026, a true and accurate copy of the foregoing was filed electronically with a notice of case activity to be generated and sent by the Clerk of the Court to counsel of record.

Bradford B. Lear
Todd C. Werts
Lear Werts LLP
103 Ripley Street
Columbia, MO 65201
lear@learwerts.com
werts@learwerts.com
*Attorneys for Plaintiff*

Ron Dreisilker
Office of St. Charles County Counselor
100 North Third Street, Suite 216
St. Charles MO 63301
rdreisilker@sccmo.org
*Attorney for St. Charles County Defendants*

*/s/ J. Welsey Smith*
Attorney for Defendants

2