US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

Short v. St. Charles County et al

**USCA#:**

**Case Number:**

4:22-CV-01117-ZMB

**Plaintiff:**

I'ESHA SHELTON SHORT

**Defendant:**

ST. CHARLES COUNTY, et al.

**Attorney:**

Bradford B. Lear (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-875-1991   Fax:  573-875-1985
Email:  lear@learwerts.com

Todd C. Werts (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-875-1991   Fax:  573-279-0024
Email:  werts@learwerts.com

Anthony Meyer (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-860-0342   Fax:
Email:  tony@meyermoodyllc.com

Sander C. Sowers (for pla)
103 Ripley Street
Columbia, MO  65201
Ph:  573-875-1991   Fax:  573-875-1985
Email:  sowers@learwerts.com

**Attorney:**

John Wesley Smith (for dft)
10851 Mastin Street
Suite 1000
Overland Park, KS  66210
Ph:  913-342-2500   Fax:
Email:  wsmith@slln.com

Lawrence J. Logback (for dft)
10851 Mastin Street
Suite 1000
Overland Park, KS  66210
Ph:  913-342-2500   Fax:
Email:  llogback@slln.com

**Court Reporter(s):**

N/A

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Jamekia Latham at 314.244.7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No    Where:

**Please list all other defendants in this case if there were multiple defendants:**

-2-

-2-